UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE GIPSON                                                          CIVIL ACTION

VERSUS                                                                  NUMBER: 15-1955

ORLEANS PARISH SHERIFFS                                 SECTION: "A"(5)
OFFICE (PRISON)

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed pursuant to and 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 28th day of July, 2015.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE